IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIO ALIANO and NGUYEN BUREN, Individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) Case No. 12-CV-6415 ) ) |
| v. | ) Hon. Magistrate Judge Young B. Kim ) (consent for all purposes) |
| AIRGAS USA, LLC, a Delaware limited liability company, and AIRGAS, INC., a Delaware corporation, | ) ) ) ) |
| Defendants. | ) ) ) |

**AGREED MOTION FOR EXTENSION
OF THE ORAL FACT DISCOVERY CUTOFF DATE**

Plaintiffs Mario Aliano and Nguyen Buren (collectively, "Plaintiffs"), and Airgas USA, LLC and Airgas, Inc. (collectively, "Defendants"), by and through undersigned counsel, hereby present this *Agreed Motion for Extension of the Oral Fact Discovery Cutoff Date*, and in support thereof respectfully state as follows:

On September 17, 2013, the Court set a fact discovery cutoff of November 15, 2013. (Dkt. # 50). This cutoff date was based upon counsel for the parties' representation to the Court as to the anticipated dates on which the Plaintiffs and Defendants' employees would be deposed.

Since that date, counsel for the parties traveled to Pennsylvania to conduct the depositions of four (4) of Defendants' employees over two (2) days. However, due to scheduling issues, counsel could not complete the depositions of the Plaintiffs or the remaining five (5) employees of Defendants.

Those scheduling issues include an emergency formal administrative hearing scheduled for one of Plaintiffs' counsel's physician clients, which occupied much of the month of October and is still ongoing, as well as extensive out-of-town business travel for Defendants' counsel.

The remaining depositions of Defendants' employees are scheduled for December 12 and 13, 2013 in Pennsylvania. Additionally, counsel for the parties have agreed to schedule the deposition of Plaintiffs shortly thereafter. Finally, Plaintiffs' counsel has been attempting to schedule one (1) out-of-state third-party deposition of an employee of the company that assisted Defendants in implementing their computer software that is the main focus of the case, but that employee is going to be on paternity leave during much of the month of November and December.

Thus, on November 1, 2013, the undersigned counsel agreed that an extension of the oral discovery deadline to January 31, 2014 would be appropriate.

This request is made in good faith and without any improper purpose. Granting the extension would not delay the progress of this case in any way, nor will it result in prejudice to any party.

WHEREFORE, the parties respectfully request that this Court grant the agreed motion and enter an order extending the time by which the parties must complete oral fact discovery to and including January 31, 2014, and grant all such other relief the Court deems equitable and just.

DATED: November 11, 2013

    Plaintiffs MARIO ALIANO and NGUYEN BUREN, individually, and on behalf of all others similarly situated,

By: /s/ Adam M. Tamburelli
    Thomas A. Zimmerman, Jr. (IL #6231944)
    Adam M. Tamburelli (IL #6292017)
    Frank J. Stretz (IL #6310264)
    ZIMMERMAN LAW OFFICES, P.C.
    77 West Washington Street, Suite 1220
    Chicago, Illinois 60602
    (312) 440-0020 telephone
    (312) 440-4180 facsimile
    www.attorneyzim.com

Counsel for the Plaintiffs and Class

Defendants AIRGAS USA, LLC AND AIRGAS, INC.,

By:   /s/ David S. Almeida_____
      David S. Almeida ARDC #6285557
      David.Almeida@sedgwicklaw.com
      David M. Poell ARDC #6302765
      David.Poell@sedgwicklaw.com
      **SEDGWICK LLP**
      One North Wacker Drive, Suite 4200
      Chicago, Illinois 60606
      Telephone: (312) 641-9050
      Facsimile: (312) 641-9530

*Counsel for Airgas USA, LLC and Airgas, Inc.*