**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**

| | | |
|---|---|---|
| NGUYEN BUREN, individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 12-CV-6415 |
| v. | ) ) ) | Hon. Magistrate Judge Young B. Kim (consent for all purposes) |
| AIRGAS USA, LLC, a Delaware limited liability company, and AIRGAS, INC., a Delaware corporation, | ) ) ) ) | |
| Defendants. | ) | |

## **STIPULATION OF DISMISSAL**

The undersigned parties, by their respective counsel, hereby agree and stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the dismissal of this action in its entirety, without prejudice to any rights or claims of the Plaintiff or any member of the putative Class.

| | |
|---|---|
| Plaintiff NGUYEN BUREN, individually, and on behalf of all others similarly situated,<br><br>By:   /s/ Thomas A. Zimmerman, Jr.<br>   Thomas A. Zimmerman, Jr. (IL #623194)<br>   Adam M. Tamburelli (IL #6292017)<br>   ZIMMERMAN LAW OFFICES, P.C.<br>   77 West Washington Street, Suite 1220<br>   Chicago, Illinois 60602<br>   (312) 440-0020 telephone<br>   www.attorneyzim.com<br><br>*Counsel for the Plaintiff and Putative Class* | Defendants AIRGAS USA, LLC, and AIRGAS, INC.,<br><br>By:   /s/ David S. Almeida<br>   David S. Almeida<br>   David M. Poell<br>   SHEPPARD, MULLIN, RICHTER & HAMPTON, LLC<br>   Three First National Plaza<br>   70 West Madison Street, 48th Floor<br>   Chicago, IL 60602<br>   (312) 499-6349 telephone<br><br>*Counsel for Airgas USA, LLC and Airgas, Inc.* |

## **CERTIFICATE OF SERVICE**

      Thomas A. Zimmerman, Jr., an attorney, hereby certifies that he caused the above and foregoing document to be served upon counsel of record in this case via the U.S. District Court CM/ECF System, prior to 5:00 p.m., on this day December 15, 2014.

                      /s/ Thomas A. Zimmerman, Jr.